UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISABLED PATRIOTS OF AMERICA, INC.,
a Florida Not-For-Profit Corporation, and
EFREM WALKER, Individually,

    Plaintiffs,

v

OAKLAND POINTE PARTNERS, LLC, a
Michigan Limited Liability Corporation,

    Defendant.

Case No. 08-13825
Honorable Anna Diggs Taylor
Magistrate Judge R. Steven Whalen

---

| LAW OFFICE OF OWEN B. DUNN, JR. | SCHWARTZ LAW FIRM, P.C. |
|---|---|
| By: Owen B. Dunn, Jr. (P66315) | By: Jay A. Schwartz (P45268) |
| Attorney for Plaintiffs | Attorney for Defendant |
| 520 Madison Avenue, Suite 330 | 37887 West Twelve Mile Road, Suite A |
| Toledo, Ohio 43604 | Farmington Hills, Michigan 48331 |
| (419) 241-9661 | (248) 553-9400 |

---

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

*At a session of said Court held in the City of
Detroit, County of Wayne, State of Michigan on:
October 16, 2009*

PRESENT: HON. ANNA DIGGS TAYLOR
U.S. DISTRICT COURT JUDGE

*NOW COME* the parties, by and through their respective counsel, and do hereby stipulate and agree to the terms of this Order and the court being otherwise fully advised in the premises;

*IT IS HEREBY ORDERED* that this case is hereby dismissed *with* prejudice and without interest, costs or attorney fees to either party.

1

This Order resolves the last pending claims and closes the case.

Dated: October 16, 2009     **S/ ANNA DIGGS TAYLOR**
                            U.S. DISTRICT COURT JUDGE

*STIPULATED AS TO FORM*
*AND ENTRY:*

/s/ with Consent of Owen B. Dunn, Jr.
Attorney for Plaintiffs
520 Madison Avenue, Suite 330
Toledo, Ohio 43604
(419) 241-9661
dunnlawoffice@sbcglobal.net
(P66315)


/s/ Jay A. Schwartz
Attorney for Defendant
37887 West Twelve Mile Road, Suite A
Farmington Hills, Michigan 48331
(248) 553-9400
jschwartz@schwartzlawfirmpc.com
(P45268)

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Stipulated Order of Dismissal was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on October 16, 2009.

                            s/Johnetta M. Curry-Williams
                            Case Manager